IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ERMAN YARDIMCI, A# 220-511-186                                        PETITIONER

V.                                                          CIVIL NO.  5:25-cv-174-DCB-BWR

WARDEN, et al.                                                        RESPONDENTS

FINAL ORDER TO SHOW CAUSE

Pro se Petitioner Erman Yardimci ("Petitioner"), is housed at the Adams County Correctional Center in Natchez, Mississippi, and he brings this Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.  On January 12, 2026, the Court entered an Order [2] directing Petitioner, on or before February 11, 2026, to file a Petition that complies with Rule 2 of the *Rules Governing Section 2254 Cases in the United States District Courts* by completing, signing, and filing the attached form "Petition For A Writ of Habeas Corpus Under 28 U.S.C. § 2241" to continue with this case or file a Notice of Voluntary Dismissal if he does not wish to pursue this case.  Order [2] at 1.  The Order warned Petitioner that his failure to comply with the requirements of the Order will lead to the dismissal of his Petition.  When Petitioner failed to comply, the Court entered an Order to Show Cause [3] directing Petitioner to comply on or before March 11, 2026.  Petitioner has not responded. Since Petitioner is proceeding pro se, the Court will provide Petitioner with one final opportunity to comply with the Court's Orders prior to the dismissal of this case. Accordingly, it is hereby,

ORDERED:

(1)  That on or before April 7, 2026, Petitioner shall file a written response showing cause why this case should not be dismissed for his failure to comply with two Court Orders;

(2)  That on or before April 7, 2026, Petitioner shall comply with the prior Orders by completing, signing, and filing a form "Petition For A Writ of Habeas Corpus Under 28 U.S.C. § 2241" or a Notice of Voluntary Dismissal.

(3)  That the Court warns Petitioner that his failure to advise this Court of a change of address or his failure to timely comply with this Order or any Order of this Court will be deemed as a purposeful delay and contumacious act by the Petitioner and will result in this cause being dismissed without further notice to the Petitioner.

THIS, the 25th day of March, 2026.

*s/ Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

2